# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

United States of America,

                    Plaintiff,

  v.

**ORDER ADOPTING REPORT AND
RECOMMENDATION**
Case No. 25-cr-00372 (MJD/DJF)

Terrell Vonshay Roberson,

                    Defendant.

Matthew D. Forsgren, Forsgren Fisher, Counsel for Defendant.

Albania Concepcion, Assistant United States Attorney, Counsel for Plaintiff.

The above-entitled matter comes before the Court upon the Report and

Recommendation ("R&R") of United States Magistrate Judge Dulce J. Foster filed

April 30, 2026.  (Doc. 50.)  Neither party filed objections to the R&R.

Pursuant to statute, the Court has conducted a <u>de novo</u> review upon the

record.  28 U.S.C. § 636(b)(1); D. Minn. LR 72.2(b).  Based upon that review, the

Court adopts the Report and Recommendation of Magistrate Judge Foster.

Accordingly, based upon the files, records, and proceedings herein, **IT IS**

**HEREBY ORDERED** that the Court **ADOPTS** the Report and Recommendation

1

of United States Magistrate Judge Foster filed April 30, 2026. **[Doc. 50]** as follows:

Defendant's Motion to Suppress statements **[Doc. 36]** is **DENIED as moot**.


Dated:  June 9, 2026                              s/Michael J. Davis
                                                  Michael J. Davis
                                                  United States District Court